UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROVI GUIDES, INC.; ROVI TECHNOLOGIES CORP. and VEVEO, INC., <br><br> Plaintiffs, <br><br> -v- <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST OF HOUSTON, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; ARRIS INTERNATIONAL PLC; ARRIS GROUP INC.; ARRIS TECHNOLOGY, INC.; ARRIS ENTERPRISES LLC.; ARRIS SOLUTIONS, INC.; PACE LTD.; PACE AMERICAS HOLDINGS, INC.; PACE AMERICAS INVESTMENTS, LLC; PACE AMERICAS, LLC; TECHNICOLOR SA; TECHNICOLOR USA, INC.; TECHNICOLOR CONNECTED HOME USA LLC, <br><br> Defendants. | 16-CV-9278 (JPO) <br><br> OPINION AND ORDER |

J. PAUL OETKEN, District Judge:

      The parties are hereby directed to attend a scheduling conference on February 10, 2017 at 11:00 a.m. Moreover, the parties shall submit a joint status letter to the Court by January 18, 2017, in which they (1) alert the Court to all motions that remain pending after transfer of the matter from the Eastern District of Texas and (2) inform the Court of all outstanding discovery and case deadlines.

To the extent any pending motions are fully briefed, the moving party is hereby directed to provide courtesy copies of those motions pursuant to the Court's Individual Rules of Practice in Civil Cases, available at http://nysd.uscourts.gov/judge/Oetken, by January 18, 2017.

SO ORDERED.

Dated: January 12, 2017
       New York, New York

_____
J. PAUL OETKEN
United States District Judge