# Davis Polk

| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Dana M. Seshens**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4855 tel
212 701 5855 fax
dana.seshens@davispolk.com

May 5, 2017

Re: *Rovi Guides, Inc., et al. v. Comcast Corp., et al.*, Civil Action No. 1:16-cv-09278-JPO

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Oetken:

We represent the Comcast Defendants in the above-referenced matter. On behalf of all parties, we respectfully submit the enclosed second amended joint claim terms chart, which modifies certain terms for U.S. Patent Nos. 8,713,595, 9,172,987, 8,122,034, and 7,996,864 and supersedes the amended joint claim terms chart filed on April 28, 2017 (ECF No. 276). The enclosed chart is a result of ongoing efforts among the parties to try to narrow the issues in dispute.

Respectfully submitted,

*Dana Seshens / GL*

Dana M. Seshens