# EXHIBIT B

**Phillip J. Lee**

| | |
|---|---|
| From: | Campbell, Louis <LLcampbell@winston.com> |
| Sent: | Friday, August 18, 2017 12:02 AM |
| To: | Phillip J. Lee; Rovi_Comcast 321; Jesse.jenner@ropesgray.com; james.batchelder@ropesgray.com; mark.rowland@ropesgray.com; andrew.radsch@ropesgray.com |
| Cc: | Comcast-Rovi_SDNY; rovi.comcast@davispolk.com |
| Subject: | RE: Rovi v. Comcast; C.A. No. 1:16-cv-09278 |
| Attachments: | 20170817.Defs' Amended Third Supplemental Invalidity Contentions.pdf |

Phil,

I notice the headings went a little haywire in the pdf processing.  Please use this version instead.

---

**From:** Campbell, Louis
**Sent:** Thursday, August 17, 2017 20:58
**To:** 'Phillip J. Lee' <PLee@McKoolSmith.com>; Rovi_Comcast 321 <Rovi_Comcast_321@McKoolSmith.com>; Jesse.jenner@ropesgray.com; james.batchelder@ropesgray.com; mark.rowland@ropesgray.com; andrew.radsch@ropesgray.com
**Cc:** Comcast-Rovi_SDNY <Comcast-Rovi_SDNY@winston.com>; rovi.comcast@davispolk.com
**Subject:** RE: Rovi v. Comcast; C.A. No. 1:16-cv-09278

Phil, we can include your additional charts.  We need to make a few amendments to our previously served 3rd supplemental invalidity contentions as well.  I'm attaching a clean and redline version.  There are no changes to the exhibits, which I'm also reattaching.

Please prepare the letter motion.

---

**From:** Phillip J. Lee [mailto:PLee@McKoolSmith.com]
**Sent:** Wednesday, August 16, 2017 19:29
**To:** Campbell, Louis <LLcampbell@winston.com>; Rovi_Comcast 321 <Rovi_Comcast_321@McKoolSmith.com>; Jesse.jenner@ropesgray.com; james.batchelder@ropesgray.com; mark.rowland@ropesgray.com; andrew.radsch@ropesgray.com
**Cc:** Comcast-Rovi_SDNY <Comcast-Rovi_SDNY@winston.com>; rovi.comcast@davispolk.com
**Subject:** RE: Rovi v. Comcast; C.A. No. 1:16-cv-09278

Hi Louis, checking in on the below.  If you would like for me to draft the motion, I would be happy to do so.  Thanks.

**Sincerely,**