UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVI GUIDES, INC.; ROVI TECHNOLOGIES CORP.; and VEVEO, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST OF HOUSTON, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; ARRIS INTERNATIONAL PLC; ARRIS GROUP INC.; ARRIS TECHNOLOGY, INC.; ARRIS ENTERPRISES LLC.; ARRIS SOLUTIONS, INC.; PACE LTD.; PACE AMERICAS HOLDINGS, INC.; PACE AMERICAS INVESTMENTS, LLC; PACE AMERICAS, LLC; TECHNICOLOR SA; TECHNICOLOR USA, INC.; AND TECHNICOLOR CONNECTED HOME USA LLC,<br><br>    Defendants. | Case No. 1:16-cv-09278-JPO |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal. The Court, having considered the matter and being so advised, GRANTS this motion.

It is SO ORDERED.

Date:   Nov. 13, 2020

_____
J. PAUL OETKEN
United States District Judge